**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Jeffrey Allen Faidley,                              Civil No. 09-2531 (DWF/JJK)

           Petitioner,

v.                                                       **ORDER ADOPTING REPORT
                                                          AND RECOMMENDATION**

Warden Scott Fisher,

           Respondent.

---

Jeffrey Allen Faidley, *Pro Se*, Petitioner.

Ana H. Voss and Gregroy G. Brooker, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

---

        This matter is before the Court upon Petitioner Jeffrey Allen Faidley's ("Petitioner") objections to Magistrate Judge Jeffrey J. Keyes's Report and Recommendation dated June 28, 2010, insofar as it recommends that Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody, and his Pro Se Petition to Amend Title 28 U.S.C.S. 2241 Petition for Habeas Corpus Relief through Interlineation be denied and that this action be dismissed with prejudice. Respondent Warden Scott Fisher ("Respondent"), appearing through his attorneys, United States Attorney B. Todd Jones and Assistant United States Attorney Ana H. Voss, filed a Response of United States to Petitioner's Objection to the Magistrate's Report and Recommendations on July 23, 2010 (Doc. No. 15).

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based upon the Court's review of the record, the Court's review of the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby adopts the Report and Recommendation of Magistrate Judge Keyes in all respects.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Jeffrey J. Keyes's Report and Recommendation dated June 28, 2010 (Doc. No. [13]) is **ADOPTED**.

2. Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody (Doc. No. [1]), and his *Pro Se* Petition to Amend Title 28 U.S.C.S. 2241 Petition for Habeas Corpus Relief through Interlineation (Doc. No. [10]), are **DENIED**.

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 18, 2010            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge